No. 300. SOUTHWESTERN BELL TELEPHONE CO. *v.* HANNA. November 12, 1940.

No. 313. DOUGHERTY *v.* FLORIDA. November 12, 1940.

No. 323. AMERICAN NATIONAL BANK *v.* CITY OF SANFORD ET AL. November 12, 1940.

No. 326. CORCORAN *v.* CITY OF CHICAGO. November 12, 1940.

No. 354. RITTER ET AL. *v.* MILK & ICE CREAM DRIVERS & DAIRY EMPLOYEES UNION LOCAL 336 ET AL. November 12, 1940.

No. 441. H. E. BUTT GROCERY CO. ET AL. *v.* SHEPPARD, COMPTROLLER. November 12, 1940.

No. 681, October Term, 1939. RAILROAD COMMISSION OF TEXAS *v.* ROWAN & NICHOLS OIL CO. November 18, 1940.

No. 150. GILSTRAP ET AL. *v.* STANDARD OIL CO. ET AL.; and
No. 151. GILSTRAP *v.* SAME. November 18, 1940.

No. 176. LEWIS, EXECUTRIX, ET AL. *v.* FONTENOT, COLLECTOR, ET AL.;
No. 177. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. *v.* UNITED STATES ET AL.; and

No. 178. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. November 18, 1940.

No. 290. IRVING TRUST CO. *v.* UNITED STATES. November 18, 1940.

No. 403. THOMPSON, TRUSTEE, *v.* WILEY. November 18, 1940.

No. 404. SOUTHERN MINERALS CORP. *v.* SIMMONS ET AL. November 18, 1940.

No. 123. MOON *v.* HOME LIFE INSURANCE COMPANY OF NEW YORK; and
No. 124. MOON *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. November 25, 1940. Motion for leave to file a second petition for rehearing denied.

No. 276. COLUMBUS & CHICAGO MOTOR FREIGHT, INC. *v.* PUBLIC SERVICE COMMISSION OF INDIANA ET AL. November 25, 1940.

No. 428. MOORE *v.* HORTON, TRUSTEE IN BANKRUPTCY. November 25, 1940.

No. —. JOHNSON *v.* METROPOLITAN CASUALTY INSURANCE CO.; and
No. 230. VILES *v.* JOHNSON, JUDGE. December 9, 1940. The motions for leave to file petitions for rehearing are denied.